# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| NATIONAL-ALAMO CAR RENTAL SYSTEM, USA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ALASKA SALES & SERVICE, INC, CORPAT, INC., and MIDWEST CAR CORPORATION, <br><br> Defendants. | CASE NO. 2:17-cv-01220 <br><br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff National-Alamo Car Rental System, USA, LLC ("NACRS") and Defendant Corpat, Inc. ("Corpat"), by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of all claims filed by NACRS in this case and all counterclaims filed by Corpat.  Each party shall bear its own costs, fees, and expenses arising from the claims against and counterclaims by Corpat.  With the resolution of matters involving NACRS and Corpat, all issues in the within action have been resolved, and the case *in toto* should be dismissed.

This the 18th day of September, 2018.

*/s/John C. Hawk IV*
John C. Hawk IV
Federal ID No. 9853
WOMBLE BOND DICKINSON (US) LLP
5 Exchange Street
Charleston, SC 29401
Telephone:  (843) 722-3400
E-mail:  john.hawk@wbd-us.com

Jim D. Cooley (pro hac vice)
Email:  jim.cooley@wbd-us.com
B. Chad Ewing, (pro hac vice)

        Email:  chad.ewing@wbd-us.com
        301 South College Street, Suite 3500
        Charlotte, NC 28202-6037
        Telephone:  (704) 331-4900
        Facsimile:  (704) 331-4955

*Attorneys for Plaintiff*


*/s/Natalma M. McKnew*
Natalma M. McKnew
Federal ID No. 186
Emily I Bridges
Federal ID No. 12258
SMITH MOORE LEATHERWOOD LLP
3 West Washington Street, Suite 1100 (29601)
P.O. Box 87
Greenville, South Carolina 29602
Telephone:  (864) 751-7600
Facsimile:  (864) 751-7800
E-mail:  tami.mcknew@smithmoorelaw.com
Emily.bridges@smithmoorelaw.com


J. Michael Dady
Jeffery S. Haff
Dady & Gardner, P.A.
5100 IDS Center
Minneapolis, MN 55402
Telephone:  (612) 359-9000
Fax:  (612) 359-3507
Email:  JMDady@DadyGardner.com
       JHaff@DadyGardner.com

*Attorneys for Defendants*

2